THIRD DEPARTMENT, FEBRUARY, 1964 *

(February 20, 1964)

■ JOSEPH H. MANN, JR., Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Defendant and Interpleading Plaintiff, v. ANNA F. MANN et al., Interpleaded Defendants-Appellants.— Decision of December 27, 1963 amended to provide for an allowance of $400 to John Hancock Mutual Life Insurance Company for its expenses, costs and disbursements to be paid out of the proceeds of the insurance policy. (CPLR 1006, subd. [f].) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

Second Department, November, 1966**

(November 3, 1966)

■ In the Matter of FRED A. TORRE, Petitioner, v. JAMES C. CRANE, as a Justice of the Supreme Court, et al., Respondents.—Application by petitioner pursuant to CPLR article 78 to review a determination of the respondent Justice appointing respondent Sullivan as Special Prosecutor or Special District Attorney to prosecute indictment 108/1964 (Richmond County), and for other related relief. Cross motion by respondents to dismiss the petition. Application denied and petition dismissed, without costs. Hill, Acting P. J., Rabin, Hopkins and Benjamin, JJ., concur.

* Not published with other decisions of Feb. 20, 1964, 20 A D 2d 731.— [REP.
** Not published with other decisions of November, 1966, 26 A D 2d 933.— [Rep.